452 A.2d 1074

Commonwealth v. Jenco, Appellant.

Argued November 11, 1980. Michael J. Murphy, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.

452 A.2d 1074

Commonwealth v. Mackie, Appellant.

Submitted May 11, 1982. Patrick J. Kronenwetter, for appellant; John D. Gresimer, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Order affirmed.